**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Richard George Strom and Linda Rose Strom

**Case No.:** 20-25191 - C - 7

**Docket Control No.** HCS-3
**Date:** 05/26/2021
**Time:** 10:00 AM

**Matter:** [53] - Motion/Application to Pay [HCS-3] Filed by Trustee Geoffrey Richards (wmim) [53] - Motion/Application to Sell [HCS-3] Filed by Trustee Geoffrey Richards (wmim)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Diamond Reporters**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Trustee's Attorney - Dana A. Suntag
**Respondent(s):**
(by phone) Creditor's Attorney - Cassandra J. Richey

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

    **ORDER TO BE PREPARED BY: Mr. Suntag**

    **ORDER TO BE APPROVED BY: Ms. Richey**